**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6492**

---

FLOYD RAYMOND LOOKER,

Plaintiff - Appellant,

versus

OKEI MARSHALL RICHARDS, JR.; WILLIAM CIPRIANI;
OTHER UNKNOWN FEDERAL OFFICIALS,

Defendants - Appellees,

and

DAVID E. GODWIN, Esquire; J. C. RAFFETY,

Defendants.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., District Judge. (CA-99-111-5)

---

Submitted: August 17, 2001          Decided: September 10, 2001

---

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Floyd Raymond Looker, Appellant Pro Se. Helen Campbell Altmeyer, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia; Robert James D'Anniballe, Jr., MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, Weirton, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Floyd Raymond Looker appeals the district court's orders denying relief on his civil rights complaint. We have reviewed the record and the district court's opinions accepting the magistrate judge's recommendations and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Looker v. Godwin, No. CA-99-111-5 (N.D.W. Va. May 9, 2000; Mar. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED